CO-386
10/2018

# United States District Court
# For the District of Columbia

JUDICIAL WATCH, INC.  )
)
)
)
)   Plaintiff   )   Civil Action No._____
vs   )
)
U.S. DEPARTMENT OF JUSTICE  )
)
)
Defendant  )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  JUDICIAL WATCH, INC.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  JUDICIAL WATCH, INC.  which have any outstanding securities in the hands of the public:

NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Paul J. Orfanedes
Signature

D.C. Bar No. 429716
BAR IDENTIFICATION NO.

Paul J. Orfanedes
Print Name

425 Third Street SW, Suite 800
Address

Washington, DC 20024
City       State       Zip Code

(202) 646-5172
Phone Number