AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Judicial Watch, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-cv-03380-CRC |
| U.S. Department of Justice ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Judicial Watch                                                                                                            .

Date:   02/05/2025

/s/ Christina Bobb
*Attorney's signature*

Christina Bobb (DC Bar No. 90021326)
*Printed name and bar number*
Judicial Watch, Inc.
425 Third Street, S.W., Suite 800
Washington, DC 20024

*Address*

cbobb@judicialwatch.org
*E-mail address*

(202) 646-5172
*Telephone number*

(202) 646-5199
*FAX number*