UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 24-3380 (CRC) |

**JOINT STATUS REPORT**

      Plaintiff Judicial Watch, Inc., and Defendant, the United States Department of Justice ("Parties"), respectfully submit the following joint status report in this Freedom of Information Act ("FOIA") action.

      1.     On December 4, 2024, Plaintiff filed its Complaint. ECF No. 1.

      2.     On January 23, 2025, Defendant filed its Answer. ECF No. 7.

      3.     By Minute Order on January 23, 2025, the Court ordered the parties to meet and confer and file a joint proposed schedule for briefing or disclosure by February 6, 2025.

      4.     As of the filing of this Joint Status Report, Defendant reports that the Office of Information Policy ("OIP") is currently conducting a search for potentially responsive records. OIP anticipates completing its search by early March 2025. Upon completion of this search, OIP will begin reviewing the results for responsiveness, and intends to further communicate with Plaintiff regarding potential scoping and/or narrowing agreements, as applicable.

      5.     Give the limited information available at this time, the Parties believe that it is impractical to propose a schedule for further proceedings in this matter. Thus, the Parties respectfully request that the Court defer entering a briefing schedule at this time and, instead, order

parties to file another Joint Status Report on or before April 7, 2025, to update the Court and propose a schedule for future proceedings, if applicable.

| | |
|---|---|
| Dated: February 6, 2025<br>Washington, DC | Respectfully submitted,<br><br>*/s/ Christina Bobb*<br>CHRISTINA BOBB<br>D.C. Bar No. 90021326<br>Judicial Watch, Inc.<br>425 Third Street SW, Suite 800<br>Washington, DC 20024<br>Tel:    (202) 646-5172<br>Email: porfanedes@judicialwatch.org<br><br>*Attorney for Plaintiff*<br><br>EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:         */s/ Sian Jones*<br>     SIAN JONES, D.C. Bar #1024062<br>     Assistant United States Attorney<br>     601 D Street, NW<br>     Washington, DC 20530<br>     (202) 252-2500 (main)<br><br>*Attorneys for the United States of America* |