UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 24-3380 (CRC) |

**JOINT STATUS REPORT**

Plaintiff Judicial Watch, Inc., and Defendant, the United States Department of Justice ("Parties"), respectfully submit the following joint status report in this Freedom of Information Act ("FOIA") action.

1. On December 4, 2024, Plaintiff filed its Complaint. ECF No. 1.

2. On January 23, 2025, Defendant filed its Answer. ECF No. 7.

3. By Minute Order on January 23, 2025, the Court ordered the parties to meet and confer and file a joint proposed schedule for briefing or disclosure by February 6, 2025.

4. As of the filing of this Joint Status Report, Defendant reports that the Office of Information Policy ("OIP") has completed its search and located no responsive records. OIP issued its final response to Plaintiff on April 4, 2025.

5. Give the limited information available at this time, the Parties believe that it is impractical to propose a schedule for further proceedings in this matter. Thus, the Parties respectfully request that the Court defer entering a briefing schedule at this time and, instead, order parties to file another Joint Status Report on or before June 6, 2025, to update the Court and propose a schedule for future proceedings, if applicable.

- 2 -

Dated: April 7, 2025
       Washington, DC

Respectfully submitted,

*/s/ Christina Bobb*
CHRISTINA BOBB
D.C. Bar No. 90021326
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel:   (202) 646-5172
Email: porfanedes@judicialwatch.org

*Attorney for Plaintiff*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:       /s/ *Sian Jones*
    SIAN JONES, D.C. Bar #1024062
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2500 (main)

*Attorneys for the United States of America*